UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1: 21-cv-21833-FAM

JULIO C. MARRERO, a citizen of the
State of Florida,

    Plaintiff

vs.

EDGEFIELD HOLDINGS, LLC, a Delaware limited liability company, John R. Sprague, a citizen of the State of South Carolina, Rustown Homes, Inc., a Texas corporation, and Michael B. Saraceno, Jr., a citizen of the State of Pennsylvania

    Defendants
_____/

**PLAINTIFF JULIO C. MARRERO'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, PURSUANT TO *Fed. R. Civ. P.* 41(a)(1)(A)(i), WITH INCORPORATED MEMORANDUM OF LAW**

    Comes now the Plaintiff **Julio C. Marrero** (the "Plaintiff"), by and through undersigned counsel, and does hereby file this **Notice of Voluntary Dismissal, *with Prejudice*, pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(i), with Incorporated Memorandum of Law** (the "Notice"), and in support thereof states as follows:

    The Plaintiff does hereby file this Notice of Voluntary Dismissal, *with Prejudice*, and dismisses this action, *with Prejudice*, before any opposing party has served either an answer or a motion for summary judgment. *See Fed. R. Civ. P.* 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment".)

1

This Notice immediately and automatically disposes of this entire action, *with prejudice*. *See Absolute Activist Value Master Fund Ltd. v. Devine*, 20-10237, 2021 WL 2177367, at *5 (11th Cir. May 28, 2021) ("This Court has made abundantly clear that a Rule 41(a)(1) voluntary dismissal disposes of the *entire* action, not just some of the plaintiff's claims. *See PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("Rule 41 'speaks of voluntary dismissal of an action, not a claim.' " (quoting *State Treasurer of Michigan v. Barry*, 168 F.3d 8, 19 n.9 (11th Cir. 1999) (Cox, J., specially concurring) (internal quotation marks omitted)). We have further stated that a plaintiff's voluntary dismissal under Rule 41(a)(1)(A)(i) "is effective immediately upon [ ] filing," and thus no further court order is necessary to effectuate the dismissal. *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990). It follows from these two propositions that, upon a plaintiff's notice of a Rule 41(a)(1)(A)(i) voluntary dismissal, the "action is no longer pending," *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395, 110 S. Ct. 2447, 2455, 110 L.Ed.2d 359 (1990), and the district court is immediately deprived of jurisdiction over the merits of the case, *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012) ("A district court loses all power over determinations of the merits of a case when it is voluntarily dismissed.").")

Respectfully submitted, this 23rd day of June, 2021.

By: /s/ Julio C. Marrero
Julio C. Marrero, Esq.
Florida Bar Number: 784664

**MARRERO, CHAMIZO, MARCER LAW, LP**
Attorney for the Plaintiffs
3850 Bird Road, Penthouse One
Coral Gables, FL 33146
julio@marrerolawfirm.com
Telephone: (305) 446-0163
Facsimile: (305) 444-5538

By: /s/ Julio C. Marrero
Julio C. Marrero, Esq.
Florida Bar Number: 784664

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2021, a true and correct copy of the foregoing instrument was filed through CM/ECF and served.

By: /s/ Julio C. Marrero
Julio C. Marrero, Esq.
Florida Bar Number: 784664