UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 21-21833-CIV-MORENO**

JULIO C. MARRERO,

      Plaintiff,

vs.

EDGEFIELD HOLDINGS, LLC, a Delaware limited liability compaony, JOHN R. SPRAGUE, a citizen of the State of South Carolina, RUSTOWN HOMES, INC., a Texas Corporation, MICHAEL B. SARACENO, JR., a citizen of the State of Pennsylvania,

      Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff Julio C. Marrero's "Notice of Voluntary Dismissal, With Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with Incorporated Memorandum of Law" **(D.E. 13),** filed on **June 23, 2021**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.  Defendants have neither answered the complaint nor moved for summary judgment.  It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th of June 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record